IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> v. <br><br> ROSBELI FLORES-BELLO, <br><br> *Defendant.* | CRIMINAL ACTION NO. <br> **3:24-cr-00008-TES-CHW-3** |

ORDER GRANTING JOINT MOTION FOR CONTINUANCE
IN THE INTEREST OF JUSTICE

Before the Court is a Joint Motion for Continuance [Doc. 69] filed by the

Government and Defendant Rosbelli Flores-Bello. [Doc. 69, pp. 1–2]. On June 11, 2024,

the Government obtained a Superseding Indictment [Doc. 37] charging Defendant

Rosbeli Flores-Bello with two counts of Possession of Counterfeit Immigration

Document (Counts 5 and 6) in violation of 18 U.S.C. § 1546(a). [Doc. 37, pp. 2–3].

So that Defendant Rosbeli Flores-Bello will have an opportunity to fully review

discovery the Court **GRANTS** the Joint Motion for Continuance [Doc. 69]. [Doc. 69, p. 2

¶ 7]. Accordingly, the Court **CONTINUES** this case from October 28, 2024, to

*November 18, 2024*, as "failure to grant . . . a continuance . . . would likely . . . result in a

miscarriage of justice." *See* 18 U.S.C. § 3161(h)(7)(B)(i). The pretrial conference

scheduled for September 4, 2024, is **CANCELED.** [Doc. 68]. The ends of justice served

by this continuance outweigh the best interests of the public and Defendant Rosbeli

Flores-Bello in a speedy trial and are in accordance with the considerations required

under 18 U.S.C. § 3161(h)(7)(A) for excusable delay.

      **SO ORDERED**, this 4th day of September, 2024.

                          S/ Tilman E. Self, III

                          **TILMAN E. SELF, III, JUDGE**
                          **UNITED STATES DISTRICT COURT**