IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>v.<br><br>**ROSBELI FLORES-BELLO,**<br><br>   *Defendant.* | **CRIMINAL ACTION NO.**<br>**3:24-cr-00008-TES-CHW-3** |

**ORDER GRANTING UNOPPOSED MOTION TO CONTINUE
TRIAL IN THE INTEREST OF JUSTICE**

Before the Court is Defendant Rosebeli Flores-Bello's Unopposed Motion to Continue [Doc. 82]. [Doc. 82, p. 2 ¶ 4]. On June 11, 2024, the Government obtained a Superseding Indictment [Doc. 37] charging Defendant Flores-Bello with two counts of Possession of Counterfeit Immigration Document (Counts 5 and 6) in violation of 18 U.S.C. § 1546(a). [Doc. 37, pp. 2–3].

So that Defendant Flores-Bello will have an opportunity to fully review discovery, the Court **GRANTS** his Unopposed Motion to Continue [Doc. 82]. [Doc. 82, p. 2 ¶ 3]. The Court **CONTINUES** this case from November 18, 2024, to *December 2, 2024*, as "failure to grant . . . a continuance . . . would likely . . . result in a miscarriage of justice." *See* 18 U.S.C. § 3161(h)(7)(B)(i). The pretrial conference scheduled for October 24, 2024, is **CANCELED.** *See* Notice of Setting Hearing, United States v. Flores-Bello, 3:24-cr-00008-TES-CHW-3, entered Sept. 25, 2024. The ends of justice served by this

continuance outweigh the best interests of the public and Defendant Rosbeli Flores-Bello in a speedy trial and are in accordance with the considerations required under 18 U.S.C. § 3161(h)(7)(A) for excusable delay.

    **SO ORDERED**, this 17th day of October, 2024.

                                        S/ Tilman E. Self, III
                                        **TILMAN E. SELF, III, JUDGE**
                                        **UNITED STATES DISTRICT COURT**