# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# ATHENS DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>v.<br><br>**ROSBELI FLORES-BELLO,**<br><br>     *Defendant.* | **CRIMINAL ACTION NO.**<br>**3:24-cr-00008-TES-CHW-3** |

## ORDER GRANTING UNOPPOSED MOTION TO CONTINUE
## TRIAL IN THE INTEREST OF JUSTICE

Before the Court is Defendant Rosebeli Flores-Bello's Unopposed Motion to Continue [Doc. 89]. [Doc. 89, p. 2 ¶ 5]. On June 11, 2024, the Government obtained a Superseding Indictment [Doc. 37] charging Defendant Flores-Bello with two counts of Possession of Counterfeit Immigration Document (Counts 5 and 6) in violation of 18 U.S.C. § 1546(a). [Doc. 37, pp. 2–3].

The Court recently continued this matter to December 2, 2024, so that Defendant Flores-Bello would have an opportunity to fully review discovery. [Doc. 83, p. 1]; [Doc. 82]. Subsequently, the Court set a Pretrial Conference for November 5, 2024. *See* Notice of Setting Hearing, *United States v. Flores-Bello*, 3:24-cr-00008-TES-CHW-3, entered Oct. 23, 2024. In Defendant Flores-Bello's latest Motion, she states that she is unavailable to attend the Pretrial Conference set for November 5, 2024, due to a Writ of Possession Ad Testificandum issued on October 17, 2024, by the Superior Court of Athens-Clarke

County, Georgia. [Doc. 89, p. 2 ¶3]. Defendant Flores-Bello further states that she will likely remain in State custody on the Writ through November 18, 2024. [*Id.* at p. 2 ¶ 4].

Since "failure to grant . . . a continuance in [this] proceeding would be likely to make a continuation of [it] impossible" and would likely . . . result in a miscarriage of justice," the Court **CONTINUES** this case *January 27, 2025*. *See* 18 U.S.C. § 3161(h)(7)(B)(i). The pretrial conference scheduled for November 5, 2024, is **CANCELED** and reset for December 10, 2024, in Athens, Georgia. The ends of justice served by this continuance outweigh the best interests of the public and Defendant Rosbeli Flores-Bello in a speedy trial and are in accordance with the considerations required under 18 U.S.C. § 3161(h)(7)(A) for excusable delay.

**SO ORDERED**, this 30th day of October, 2024.

S/ Tilman E. Self, III
**TILMAN E. SELF, III, JUDGE**
**UNITED STATES DISTRICT COURT**
